IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Judy D | Case Number:  06 B 00270 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  1/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 20, 2007
Confirmed: March 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,040.00 | |
| Secured: | | 4,305.93 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 473.00 |
| Trustee Fee: | | 261.07 |
| Other Funds: | | 0.00 |
| Totals: | 5,040.00 | 5,040.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,491.00 | 473.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 191.00 | 60.76 |
| 4. | Litton Loan Servicing | Secured | 13,304.59 | 4,245.17 |
| 5. | City Of Chicago | Unsecured | 21.23 | 0.00 |
| 6. | Surety Finance | Unsecured | 30.30 | 0.00 |
| 7. | T Mobile USA | Unsecured | 12.58 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 104.63 | 0.00 |
| 9. | Credit Collection | Unsecured | | No Claim Filed |
| 10. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 11. | Fingerhut | Unsecured | | No Claim Filed |
| 12. | Brinks | Unsecured | | No Claim Filed |
| 13. | Dish Network | Unsecured | | No Claim Filed |
| 14. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| | | | $ 15,155.33 | $ 4,778.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 76.49 |
| 5% | 39.46 |
| 4.8% | 74.43 |
| 5.4% | 70.69 |
| | $ 261.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Brown, Judy D | Case Number:  06 B 00270 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  1/12/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

                                          _____